# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

129472

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, INC., Nominee for Lender
COUNTRYWIDE HOME LOANS, INC.,
d/b/a AMERICA'S WHOLESALE LENDER,
      Plaintiff-Appellant,

v

ALLEN FAYAD FAYAD,
      Defendant,

and

SOUAD FOUAD FAYAD,
      Defendant-Appellee.

SC: 129472
COA: 261774
Wayne CC: 04-409673-CH

_____/

On order of the Court, the application for leave to appeal the August 4, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

s0123